LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN GUMATAOTAO, <br><br> Defendant. | CRIMINAL CASE NO. 08-00042 <br><br> UNITED STATES' APPLICATION TO SEAL ALL PLEADINGS |

COMES NOW the United States and moves this Honorable Court for an order sealing all Pleadings in the above-entitled case, for the reason that the investigation is ongoing.

Respectfully submitted this 12th day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney