AO 442 (Rev. 12/85) Warrant for Arrest

FILED
DISTRICT COURT OF GUAM

AUG 13 2008

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

V.

**RYAN GUMATAOTAO**

## WARRANT FOR ARREST

Case Number: **08-00042**

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **RYAN GUMATAOTAO** _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     **X** Complaint     ☐ Order of court

☐ Pretrial Release     ☐ Probation          ☐ Supervised Release   ☐ Violation Notice
  Violation Petition     Violation Petition      Violation

charging him or her with   (brief description of offense)

**Attempted Possession with Intent to Distribute Methamphetamine - 21 U.S.C. §841(a)(1) & 846**

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

_____ Honorable Joaquin V.E. Manibusan, Jr. _____
              Name of Issuing Officer                                          Signature of Issuing Officer

_____ U.S. Magistrate Judge _____
              Title of Issuing Officer                                  August 12, 2008, Hagatna Guam
                                                                              Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

288 A.R. wonpat st
Srnajena, Gu

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-12-08 | Ken Bowman | |
| DATE OF ARREST | Special Agent / DEA | |
| 8-12-08 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____