**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-08-00042                          DATE: August 13, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori              Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio       Electronically Recorded: 1:42:27 - 2:04:02

**APPEARANCES:**
Defendant: Ryan Gumataotao                 Attorney: Samuel S. Teker
☑ Present  ☑ Custody  ☐ Bond  ☐ P.R.       ☑ Present  ☑ Retained  ☐ FPD  ☐ CJA
U.S. Attorney: Marivic David               U.S. Agent: Kenneth Bowman
U.S. Probation: Judy Ocampo
Interpreter:                                Language:

**PROCEEDINGS: Initial Appearance on a Complaint**
- Court orders that the case be unsealed with the exception of the complaint which remains sealed.
- Defendant advised of his rights, charges and penalties.
- Samuel S. Teker entered his appearance as retained counsel
- Preliminary hearing is set for August 29, 2008 at 9:00 a.m.
- Defendant released to third party custodian.

NOTES: