LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 08-00042 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| RYAN GUMATAOTAO, | ) | |
| Defendant. | ) | |

At the request of the United States, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Complaint filed by the United States in the above cause be dismissed without prejudice.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 28, 2008